**UNITED STATES DISTRICT COURT**
**THE DISTRICT OF MINNESOTA**

**ALAN ROEBKE, Individually and on behalf of all others similarly situated,**

**Plaintiff,**

**-v-**

**AVENTIS CROPSCIENCE USA HOLDING, INC.,**

**Defendant.**

Civil Action No. 01-CV-144 JRT/FLN

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41, Subd. (a)(1) of the Fed. R. Civ. P., Plaintiff **ALAN ROEBKE**, through his undersigned attorney, hereby dismisses, without prejudice, any and all claims against Defendant **AVENTIS CROPSCIENCE USA HOLDING, INC.**, in the above-entitled matter.

**DATED:** February 16, 2001

**THOMAS J. LYONS & ASSOCIATES**

Thomas Lyons

Thomas J. Lyons, Sr., Esq.
Attorney I.D. #: 65699
Thomas J. Lyons, Jr. , Esq.
Attorney I.D. #: 249646
1560 Beam Avenue, Suite A
St. Paul, Minnesota 55109
Tel: (651) 770-9707
Fax: (651) 770-5830

Adam J. Levitt, Esq.
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
205 North Michigan Avenue, Suite 1900
Chicago, Illinois 60601
Tel: (312) 243-7900
Fax: (312) 243-7979

FILED MAR 08 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Daniel W. Krasner, Esq.
David A.P. Brower, Esq.
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue, Suite 900
New York, New York 10016
Tel: (212) 545-4600
Fax: (212) 686-0114

***Counsels for Plaintiff***

## ORDER

Based on the above Notice for Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendant, shall be, and herewith is, dismissed with prejudice.

Dated: 3-7-2001

John R. Tunheim
United States District Judge