**UNITED STATES DISTRICT COURT**
**THE DISTRICT OF MINNESOTA**

**ALAN ROEBKE, Individually and on behalf of all others similarly situated,**

**Plaintiff,**

**-v-**

**AVENTIS CROPSCIENCE USA HOLDING, INC.,**

**Defendant.**

Civil Action No. 01-CV-144 JRT/FLN

**AMENDED ORDER FOR DISMISSAL WITHOUT PREJUDICE**

Based on the above Notice for Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendant, shall be, and herewith is, dismissed without prejudice.

Dated: Mar 13, 2001

John R. Tunheim

Honorable Judge J. R. Tunheim
United States District Court



FILED MAR 13 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD. ____
DEPUTY CLERK ____